**FILED**
AUG 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT IN SUPPORT OF REQUEST TO PROCEED *IN FORMA PAUPERIS*

UNITED STATES OF AMERICA

vs.

IN RE: MARCIAL N. RODRIGUEZ                                   06 1428
(Movant)

I, MARCIAL N. RODRIGUEZ, declare under penalty of perjury, that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I declare that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor and that I am entitled to relief.

1. Are you presently employed?    Yes ( )    No (✓)

   a. If the answer is "Yes," state the amount of your salary or wages per month and give the name and address of your employer. _____

   b. If the answer is "No," state the date of your last employment, the amount of the salary or wages per month which you received. 1980 Puerto Rico $3.00 hour

2. Have you received within the past twelve (12) months any money from any of the following sources?
   a. Business, profession or form of self-employment?    Yes ( )    No (✓)
   b. Rent payments, interest or dividends?               Yes ( )    No (✓)
   c. Pensions, annuities or life insurance payments?    Yes ( )    No (✓)
   d. Disability or workers compensation payments?       Yes ( )    No (✓)
   e. Gifts or inheritances?                              Yes ( )    No (✓)
   f. Any other sources?                                  Yes ( )    No (✓)

   If the answer to any of the above is "Yes," describe each source of money and state the amount received from each during the past twelve months. _____

**RECEIVED**
JUL 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-9-

2

3. Do you own any cash, or do you have money in a checking or savings accounts? (Include any funds in prison accounts). Yes ( ) No (✓)

If the answer is "yes," state the total value of the items owned.

_____

4. Do you own any real estate, stocks, bonds, securities, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (✓)

If the answer is "yes," describe the property and state its approximate value:_____

_____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute to their support._____

_____NO ONE_____

_____

I declare under penalty of perjury that the above information is true and correct.

Executed on __14/7/06__ _____Marcial M. Rodriguez_____
    (Date)     (Petitioner's Signature or
         Signature of Petitioner's Representative)

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __23.00 Dollars__ on account to his credit at the __USP Allenwood_____ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said __USP Allenwood_____ institutions:_____

_____

_____M. Braun Acct Dept_____
            Authorized Officer of Institution