FILED
SEP 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIAL NAVARRO RODRIGUEZ ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-1428 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

## ORDER

The Court provisionally filed the above-captioned *pro se* action. In accordance with 28 U.S.C. § 1915, Plaintiff was ordered to provide the Court with a certified copy of his prison trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which he is or was confined during those six months.

Plaintiff has filed an "informative motion," seeking to be relieved from paying the filing fee. Plaintiff contends that the Prison Litigation Reform Act ("PLRA") does not apply to this action because it is a petition for a writ of mandamus.

The petition filed by Plaintiff challenges the disposition of his request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. A prisoner cannot evade the requirement of the PLRA "simply by dressing up an ordinary civil action as a petition for mandamus ...." *In re Smith*, 141 F.3d 1247, 1250 (D.C.Cir. 1997). This is clearly a FOIA action and the PLRA applies to Plaintiff. Accordingly, it is

ORDERED that the motion is denied and Plaintiff is required to pay the filing fee.

FURTHER ORDERED that Plaintiff provide his prison trust fund account statement within

30 days of this Order or the case will be dismissed.

*Rosemary M Collyer*
United States District Judge

DATE: 15 September 2006