

**RECEIVED**

MAR 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. Department of Justice

Federal Bureau of Prisons

*Consolidated Legal Center - Allenwood*

---

*P.O. Box 1500*
*White Deer, PA 17887*

March 2, 2007

United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re:  NAVARRO-RODRIGUEZ, Marcial - Reg. No. 23788-069 (RMU)
     06-1428

Dear Clerk:

I have been informed that the above-referenced inmate has been transferred from the United States Penitentiary (USP) Allenwood, Pennsylvania, to the United States Penitentiary (USP) Hazelton, West Virginia. A copy of inmate Navarro-Rodriguez's PLRA material was sent to USP Hazelton.

Your point of contact at FCI Hazelton is David Young, Legal Liaison. The address is as follows:

    United States Penitentiary          (304) 379-5033
    P O Box 450
    Bruce Mills, WV 26525-2000

If I may be of further assistance, please do not hesitate to contact me at (570) 547-7950, extension 5724.

                                        Sincerely,

                                        *Michelle Wirth*
                                        Michelle Wirth
                                        Legal Assistant

cc:  David Young, Legal Liaison, USP Hazelton